# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Aug 7, 2026 11:09AM

FRANK TUFANO
25 DUNDAFF STREET
CARBONDALE, PA 18407

Rcpt. No: 333121049 Trans. Date: Aug 7, 2026 11:09AM Cashier ID: #CP (5516)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DPAM326CV002257<br>DPAM326CV002257<br>**FBO**: FRANK TUFANO | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.