Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160, frankatufano@gmail.com

US DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO<br><br>Plaintiff,<br><br>vs.<br><br>FREE AND ACCEPTED MASONS OF UNION LODGE NO. 291<br><br>COUNTY OF LACKAWANNA<br><br>TYLER TECHNOLOGIES, INC.<br><br>THE COMMONWEALTH OF PENNSYLVANIA<br><br>PATRICK TOBIN<br><br>LORI TWORDUSKY<br><br>Defendants | Case No.:<br><br>EMERGENCY MOTION TO STAY REAL ESTATE TAX PROCEEDINGS<br><br>FILED SCRANTON<br>AUG 06 2026<br>PER Cae<br>DEPUTY CLERK |

1. The County of Lackawanna has fraudulently elevated and billed Frank Tufano an unfair amount of monies for the properties under his management.
2. The local county office has purposefully denied Frank Tufano due process by refusing to allow him to participate in the appeals hearings, in both the years 2025 and 2026, first by purposefully not notifying him of his appeal date in 2025, and then by not allowing him to submit his appeals hearing application in 2026.
3. The state court is the proper venue for this dispute, however they have repeatedly denied due process and intervention is necessary to prevent irreparable harm and injustice.

4. The properties have been professional appraised at a much lower value than stated in the tax assessment. All of these appraisals were conducted by licensed professionals and assessed

5. under the conditions required by the Lackawanna County sent out at the initial appraisal time.

6. There is no logical or reasonable understanding to why these officials are acting in such way, the only explanation is they are maliciously conspiring to intentionally harm Frank Tufanos personal being and his business.

7. The assessment of 25 Dundaff ST is valued at $1.9M ($1,900,390) while the appraisal estimates the true property value at $408,000. (EXHIBIT A)

8. The assessment for 280 Hickory Ridge RD was never obtained, the appraisal value is $125,000 (EXHIBIT B)

9. The assessment value for 92 Salem AVE was never obtained, the appraised value is $131,000. (EXHIBIT C)

10. Frank Tufano requests the court stay all property tax requirements with the identified properties until the assessed value is corrected and the tax bills are re-issued. This includes all of the Property Taxes (City, School, County) for all 3 properties to be stayed.

Dated: Thursday, August 6, 2026

By: /s/ Frank Tufano

Frank Tufano