# EXHIBIT A

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | |
|---|---|
| **ADDRESS & TAX PIN #:** | **25 Dundaff St., Carbondale, PA 18407**<br>• Tax Pin #: **04569010003, 04569010007 & 0456901000101** |
| **LEGAL IDENTIFICATION:** | Deed Book: **2022**<br>Deed Page: **25274** |
| **PROPERTY TYPE:** | The Subject Property Is A Commercial Warehouse Type Property. |
| **OWNERSHIP:** | **FRM LLC** |
| **PROPERTY RIGHTS APPRAISED:** | Fee Simple Estate |
| **SITE SIZE:** | Total - **0.64+/-Acres (27,878+/- SF)** Per CRSData (All 3 Parcels) |
| **IMPROVEMENT SIZE:** | **Total - *10,042+/- S.F.** (GBA)<br>*All SF Are Approximate Field Measurements |
| **ASSESSMENT:** | Land Value: $16,600 (2025) / $298,920 (2026) (All 3 Parcels)<br>Improvement Value: $35,400 (2025) / $1,594,610 (2026) (All 3 Parcels)<br>Value Total: $52,000 (2025) / $1,893,530 (2026) (All 3 Parcels)<br>Common Level Ratio Market Value Multiplied by 16.13 = $838,760.00 (2025) |
| **REAL ESTATE TAXES** | Total Real Estate Tax: *$13,414.98 (Estimated 2025) (Per CRSData) |
| **ZONING:** | According To The Zoning Map For The **City Of Carbondale** It Appears The Subject Is Located In **M-1 = Light Industrial Zoning District**, It Is Assumed This Correct & Accurate, In Addition It Is Assumed Any Purchaser Of The Subject Property Verify The Subject's Zoning District And Also That Their Intended Use Conforms With The Ordinance Provisions Of The Zoning District. |
| **FLOOD ZONE:** | Subject Property Appears To Be Located In Flood **Zone AE**, As Indicated On **FLOOD INSURANCE RATE MAP #:42069C0134D – DATED 8/5/2020.** It Is Recommended That Any Concerned Parties Relying On This Appraisal Report Have A Flood Certification Performed, As This Appraiser Is Not An Expert In This Field. According To FEMA, "Flood Zones Are Geographic Areas That The FEMA Has Defined According To Varying Levels Of Flood Risk. These Zones Are Depicted On A Community's Flood Insurance Rate Map (FIRM) Or Flood Hazard Boundary Map. Each Zone Reflects The Severity Or Type Of Flooding In The Area." **Flood Zone AE Is A High-Risk Area Defined By FEMA With A 1% Or Greater Annual Chance Of Flooding (100-Year Floodplain) And A ~26% Chance Over A 30-Year Mortgage.** |
| **ESTIMATED MARKETING PERIOD:** | Twelve Months |
| **HIGHEST AND BEST USE:** | The Subject Property's Highest & Best Use Is Its Current Use As A Commercial Warehouse Type Property, Or Similarly Situated Use, If That Use Is Financially Feasible And In Accordance With Local Zoning Ordinance. |
| **COST APPROACH:** | N/A |
| **SALES COMPARISON APPROACH:** | "**Retrospective**" Opinion Of Market Value = ***$408,000.00*** |
| **INCOME APPROACH:** | N/A |
| **FINAL OPINION VALUE:** | "**Retrospective**" Opinion Of Market Value = ***$408,000.00***<br>• See *Value Conditions on Page 10 |
| **EFFECT DATE OF APPRAISAL:** | June 30th, 2024 |
| **DATE OF INSPECTION:** | March 3rd, 2026 |