# EXHIBIT B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sale Price | $ | $ | 117,538 | $ | 124,254 | $ | 150,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 97.95 sq. ft. | | $ 121.46 sq. ft. | | $ 122.85 sq. ft. | |
| Data Source(s) | | MLS#23-2174 /DOM-6 | | MLS#23-4827 /DOM-9 | | MLS#23-1009 /DOM-3 | |
| Verification Source(s) | | TAX REC. | | TAX REC. | | TAX REC. | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing | | FORECLOSURE/CASH | | CASH | | ESTATE/UNKNOWN | |
| Concessions | | NONE | | NONE | | $13,304 | -13,304 |
| Date of Sale/Time | | 07/12/2023 | | 12/07/2023 | | 05/09/2023 | |
| Location | SUBURBAN | SUBURBAN | | SUBURBAN | | SUBURBAN | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | Fee Simple | |
| Site | 47643 sf/ 1.09 Acre +- | .72 Acre | +14,800 | 1.1 Acre | 0 | 1 Acre | |
| View | NBHD | NBHD | | NBHD | | NBHD | |
| Design (Style) | RANCH | RANCH | | CONTEMPORARY | | CAPE COD | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 56 | 54 | | 103 | | 62 | |
| Condition | FAIR TO AVERAGE | FAIR TO AVERAGE | | FAIR TO AVERAGE | | FAIR TO AVERAGE | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 5 / 2 / 1.1 | 5 / 2 / 1 | +500 | 6 / 3 / 1 | -1,000 | 6 / 3 / 2 | -2,000 |
| Gross Living Area | 1,175 sq. ft. | 1,200 sq. ft. | 0 | 1,023 sq. ft. | +1,520 | 1,221 sq. ft. | 0 |
| Basement & Finished | CRAWL SPACE | 1200 sf 1200 sff | -12,000 | CRAWL SPACE | | 761 sf 0 sff | -3,805 |
| Rooms Below Grade | | 1 RM + BATH | 0 | | | | |
| Functional Utility | FAIR TO AVERAGE | FAIR TO AVERAGE | | FAIR TO AVERAGE | | FAIR TO AVERAGE | |
| Heating/Cooling | EBB/NONE | EBB-HW-BB/CAC | -2,500 | EBB+HW-BB/NO CAC | | HW-BB/NO CAC | |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Garage/Carport | 1-CAR GARAGE | 1-CAR GARAGE | | 2-CAR GARAGE | -2,000 | 1-CAR GARAGE | |
| Porch/Patio/Deck | 1/0/0 | 1/0/0 | | 1/0/0 | | 1/0/0 | |
| FP | 1 | NONE | +1,500 | NONE | +1,500 | 1 | |
| ENC. STORAGE RM | 1 | NONE | +1,500 | NONE | +1,500 | NONE | +1,500 |
| INGROUND POOL | NONE | NONE | | NONE | | 1 | -2,500 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 3,800 | ☒ + ☐ - | $ 1,520 | ☐ + ☒ - | $ -20,109 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.23 % Gross Adj. 27.91 % | $ 121,338 | Net Adj. 1.22 % Gross Adj. 6.05 % | $ 125,774 | Net Adj. 13.41 % Gross Adj. 15.41 % | $ 129,891 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) MLS & TAX REC.

My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the prior year to the date of sale of the comparable sale.

Data Source(s) MLS & TAX REC.

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/20/2023 | 04/12/2024 | 11/22/2024 | |
| Price of Prior Sale/Transfer | 230,000 | 255,000 | 230,000 | |
| Data Source(s) | DEED, MLS & TAX REC. | MLS & TAX REC. | MLS & TAX REC. | MLS & TAX REC. |
| Effective Date of Data Source(s) | 03/06/2026 | 03/06/2026 | 03/06/2026 | 03/06/2026 |

Analysis of prior sale or transfer history of the subject property and comparable sales **THIS APPRAISER REVIEWED THE PRIOR MLS LISTING, MLS# 23-2099 FOR THE SUBJECT'S PRIOR SALE. SINCE THIS PRIOR SALE THE HOME HAS STARTED REMODELING THAT IS INCOMPLETE. SEE ADDITIONAL COMMENTS FOR A DESCRIPTION OF THE STARTED, INCOMPLETE REMODELING & THE FAIR TO AVERAGE CONDITION OF THE HOME.** THE SUBJECT PROPERTY ALSO TRANSFERRED 10/29/2021, $159.000. NO MLS DATA FOUND FOR COMP#1 PRIOR SALE LISTED. THIS APPRAISER REVIEWED THE PRIOR MLS LISTING, MLS# SC-1505 FOR COMP 2. AS PER THE MLS THE HOME HAD A COMPLETE MAKEOVER.

Summary of Sales Comparison Approach ****THE ASSIGNMENT TYPE FOR THIS APPRAISAL IS TAX REASSESSMENT APPEAL. AS PER THE LACKAWANNA COUNTY TAX REASSESSMENT LETTER DATED MARCH 2025, ACCEPTABLE FORMS OF EVIDENCE INCLUDE COMPARABLE SALES CLOSED FROM JANUARY 1, 2022-JUNE 30, 2024. THEREFORE THIS APPRAISER SEARCHED FOR COMPARABLES THAT CLOSED WITHIN THE DATES OF JANUARY 1, 2022-JUNE 30, 2024 TO ARRIVE AT THE ESTIMATE OF MARKET VALUE IN THIS REPORT. **THIS APPRAISAL IS RETROSPECTIVE TO 06/30/2024. THE ACTUAL ONSITE APPRAISAL INSPECTION WAS ON 03/03/2026. THE APPRAISAL IS BASED ON THE ASSUMPTION THE SUBJECT PROPERTY WAS IN SIMILAR CONDITION ON 06/30/2024.*** *** See Additional Comments ***

Indicated Value by Sales Comparison Approach $ 125,000

**Indicated Value by: Sales Comparison Approach $** 125,000 **Cost Approach (if developed) $** **Income Approach (if developed) $**

UTILITIES WERE ON AND OPERATIONAL. MECHANICAL SYSTEMS APPEAR UPON A VISUAL INSPECTION TO BE IN WORKING ORDER, NO WARRANTIES ARE IMPLIED. SEE ADDITIONAL COMMENTS FOR COMMENTS ON THE APPRAISER NOT BEING A BUILDING INSPECTOR. *** See Additional Comments ***