# EXHIBIT C

# SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | |
|---|---|
| **ADDRESS & TAX PIN #:** | **92 Salem Ave., Carbondale, PA 18407**<br>• Tax Pin #: **05505020001** |
| **LEGAL IDENTIFICATION:** | Deed Book: **2025**<br>Deed Page: **06208** |
| **PROPERTY TYPE:** | The Subject Property Is A Mixed-Use Residential/Office Type Property. Currently The Property Is Vacant. |
| **OWNERSHIP:** | **AHH LLC** |
| **PROPERTY RIGHTS APPRAISED:** | Fee Simple Estate |
| **SITE SIZE:** | Total **- 0.10+/-Acres (4,295+/- SF)** Per CRSData |
| **IMPROVEMENT SIZE:** | **Total - *4,686+/- S.F.** (GBA)<br>*All SF Are Approximate Field Measurements |
| **ASSESSMENT:** | Land Value: $7,400 (2025) / $19,900 (2026) (All 3 Parcels)<br>Improvement Value: $8,600 (2025) / $131,110 (2026) (All 3 Parcels)<br>**Value Total: $16,000 (2025) / $151,010 (2026) (All 3 Parcels)**<br>Common Level Ratio Market Value Multiplied by 16.13 = **$258,080.00 (2025)** |
| **REAL ESTATE TAXES** | Total Real Estate Tax: *$4,127.68 (Estimated 2025) (Per CRSData) |
| **ZONING:** | According To The Zoning Map For The **City Of Carbondale** It Appears The Subject Is Located In **R-2 = Medium Density Residential Zoning District**, It Is Assumed This Correct & Accurate, In Addition It Is Assumed Any Purchaser Of The Subject Property Verify The Subject's Zoning District And Also That Their Intended Use Conforms With The Ordinance Provisions Of The Zoning District As The Subject Is A Mixed-Use Commercial/Residential Type Property Located In A Residential Zoning District. Any Use Other Than The Current Use Would Require A Variance From The Local Zoning Board. |
| **FLOOD ZONE:** | Subject Property Appears To Be Located In Flood **Zone X**, As Indicated On **FLOOD INSURANCE RATE MAP #:42069C0153D – DATED 8/5/2020.** It Is Recommended That Any Concerned Parties Relying On This Appraisal Report Have A Flood Certification Performed, As This Appraiser Is Not An Expert In This Field. According To FEMA, "Flood Zones Are Geographic Areas That The FEMA Has Defined According To Varying Levels Of Flood Risk. These Zones Are Depicted On A Community's Flood Insurance Rate Map (FIRM) Or Flood Hazard Boundary Map. Each Zone Reflects The Severity Or Type Of Flooding In The Area." |
| **ESTIMATED MARKETING PERIOD:** | Six Months |
| **HIGHEST AND BEST USE:** | The Subject Property's Highest & Best Use Is Its Most Recent Use As A Mixed-Use Residential/Office Type Property, Or Similarly Situated Use, If That Use Is Financially Feasible And In Accordance With Local Zoning Ordinance. |
| **COST APPROACH:** | N/A |
| **SALES COMPARISON APPROACH:** | "**Retrospective**" Opinion Of Market Value = ***$131,000.00*** |
| **INCOME APPROACH:** | N/A |
| **FINAL OPINION VALUE:** | "**Retrospective**" Opinion Of Market Value = ***$131,000.00***<br>• See *Value Conditions on Page 10 |
| **EFFECT DATE OF APPRAISAL:** | June 30th, 2024 |
| **DATE OF INSPECTION:** | March 3rd, 2026 |