IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK TUFANO,<br>Plaintiff,<br><br>v.<br><br>FREE AND ACCEPTED MASONS OF UNION LODGE NO. 291, COUNTY OF LACKAWANNA, TYLER TECHNOLOGIES, INC., THE COMMONWEALTH OF PENNSYLVANIA, PATRICK TOBIN, *and* LORI TWORDUSKY,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:26-cv-02257<br><br><br>Magistrate Judge Latella<br><br>Electronically Filed Document<br><br><br><br><br><br><br>*Complaint Filed 08/06/2026* |

<u>ENTRY OF APPEARANCE</u>

Kindly enter my appearance on behalf of Defendant the Commonwealth of Pennsylvania in the above-captioned matter.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

By: *s/ Mary Katherine Yarish*
MARY KATHERINE YARISH
Deputy Attorney General
Attorney ID PA 328843

NICOLE R. DITOMO
Chief Deputy Attorney General
Civil Litigation Section

*Counsel for Defendant Commonwealth of Pennsylvania*

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 783-6315

myarish@attorneygeneral.gov

Date: August 19, 2026

CERTIFICATE OF SERVICE

I, Mary Katherine Yarish, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on August 19, 2026, I caused to be served a true and correct copy of the foregoing document titled *Entry of Appearance* to the following:

VIA U.S. MAIL

Frank Tufano
25 Dundaff Street
Carbondale, PA 18407
*Pro Se Plaintiff*

*s/ Mary Katherine Yarish*
MARY KATHERINE YARISH
Deputy Attorney General